```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF CONNECTICUT

JANE DOE

     Plaintiff,                :
                               :
V.                             :    CASE NO. 3:11CV1418 (RNC)
                               :
MADISON BOARD OF EDUCATION,    :
                               :
     Defendants.               :
```

### ORDER

The parties have reported that this action has been settled in full.  Rather than continue to keep the case open on the docket, the Clerk is directed to close the file without prejudice to reopening on or before February 14, 2015.

If the parties wish to file a stipulation of dismissal (for approval by the court or simply for inclusion in the court's file), they may do so on or before February 14, 2015.

The dates set forth in this order may be extended for good cause pursuant to a motion filed in accordance with Local Rule 7(b).

So ordered.

Dated at Hartford, Connecticut this 14th day of January 2015.

                                       /s/ RNC
                               Robert N. Chatigny
                               United States District Judge